| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) PARKER, JAMES A. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 04/21/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

421 Gold Ave., S.W.
ALBUQUERQUE, N.M. 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP Family, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bascom ValueAdded Apartment Investors II | | None | L | T | Buy | 10/11/13 | L | | BascomValueAddedApt Inv II |
| 2. Bank of Am Checking/Savings (Albuquerque, NM) | A | Interest | K | T | | | | | |
| 3. Bank of Am CDs/Checking Acct (LLC) (Denver, CO) | A | Interest | O | T | | | | | |
| 4. | | | | | | | | | |
| 5. REAL ESTATE INTERESTS | | | | | | | | | |
| 6. Parcel #1, Harris Co., TX (Undivided 50%) (LLC) | | None | N | S | | | | | |
| 7. Parcel #3, Harris Co., TX (Undivided 50%) (LLC) | | None | O | S | | | | | |
| 8. Parcel #1, Live Oak Co., TX (Undivided 50%) (LLC) | D | Rent | N | S | | | | | |
| 9. Parcel #1, Bernalillo Co. NM (Undivided 25%) (LLC) | | None | K | S | | | | | |
| 10. Parcel #2, Bernalillo Co., NM (Undivided 50%) (LLC) | | None | K | S | | | | | |
| 11. Parcel #1, La Plata Co., CO (Undivided 25%) (LLC) | B | Rent | M | S | | | | | |
| 12. | C | Interest | N | T | | | | | |
| 13. MINERAL PROPERTIES OKLAHOMA: | | | | | | | | | |
| 14. Love Co. (S) | B | Royalty | J | W | | | | | |
| 15. MINERAL PROPERTIES TEXAS: | | | | | | | | | |
| 16. Live Oak Co. (LLC) | E | Royalty | N | W | | | | | |
| 17. MINERAL PROPERTIES COLORADO: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Adams Co. (LLC) | C | Distribution | L | U | | | | | |
| 19. Arapahoe Co. (LLC) | C | Distribution | L | U | | | | | |
| 20. Weld Co. (LLC) | E | Distribution | M | U | | | | | |
| 21. Washington Co. (LLC) | G | Distribution | O | U | | | | | |
| 22. | | | | | | | | | |
| 23. Mile Hi Flea Market (LLC) | D | Distribution | M | W | | | | | |
| 24. Westfield Res. Partners (LLC) | | None | L | W | | | | | |
| 25. Denver Minerals & Royalty (LLC) | E | Distribution | M | W | | | | | |
| 26. Prospect Global Resources (LLC) | | None | L | W | | | | | |
| 27. | | | | | | | | | |
| 28. FIDUCIARY TRUST INT'L ACCOUNT: | | | | | | | | | |
| 29. Celgene Corp | | None | K | T | | | | | |
| 30. Franklin Int'l Growth Fund | | None | K | T | Buy | 02/07/13 | K | | |
| 31. Franklin Large Cap Equity | C | Interest | O | T | Buy (add'l) | 02/07/13 | L | | |
| 32. Franklin U.S. Government Securities | B | Interest | L | T | Sold (part) | 04/11/13 | K | A | |
| 33. Franklin Small Cap | A | Dividend | L | T | Buy (add'l) | 02/07/13 | J | | |
| 34. Templeton Income Global | B | Distribution | K | T | Sold (part) | 04/11/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Templeton Inst'l Funds Foreign Equity | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 36. L'Occitane | | None | K | T | | | | | |
| 37. Carefusion Corp. | | None | J | T | Buy | 05/28/13 | J | | |
| 38. Avago Technologies | A | Dividend | J | T | Buy | 05/28/13 | J | | |
| 39. ACE Ltd | A | Dividend | K | T | | | | | |
| 40. Apple Inc | A | Dividend | K | T | | | | | |
| 41. TEVA Pharmaceuticals Inds | | None | | | Sold | 05/28/13 | J | A | |
| 42. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 43. Apex Operating Co., LLC | | None | N | W | | | | | |
| 44. Wisdom Tree Emerging Markets Fund | A | Dividend | K | T | Buy | 02/07/13 | K | | |
| 45. Hyundai Motor Co | | None | K | T | | | | | |
| 46. Skyworks Solutions Inc | | None | | | Sold | 05/28/13 | J | A | |
| 47. Pioneer Oak Ridge Small Cap | | None | J | T | Buy (add'l) | 02/07/13 | J | | |
| 48. Vanguard Emerging Markets | C | Interest | M | T | Buy (add'l) | 02/07/13 | K | | |
| 49. Noble Energy | A | Dividend | L | T | | | | | |
| 50. EMC Corp | A | Dividend | J | T | | | | | |
| 51. Siemens AG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 53. U.S. Treasury Notes | B | Interest | M | T | | | | | |
| 54. | | | | | | | | | |
| 55. Compass/BBVA check acct. (S) | A | Interest | K | T | | | | | |
| 56. Compass/BBVA trust acct (S) | A | Int./Div. | K | T | | | | | |
| 57. AXA IRA Acct (S) | A | Int./Div. | K | T | | | | | |
| 58. USAA CDs (S) | A | Interest | K | T | | | | | |
| 59. USAA FUND ADVISOR ACCOUNT: (S) | | | | | | | | | |
| 60. USAA Growth Fund (S) | D | Distribution | K | T | Sold (part) | 06/19/13 | J | | |
| 61. USAA Income Stock Fund (S) | B | Dividend | K | T | Sold (part) | 06/19/13 | J | | |
| 62. USAA International Fund (S) | A | Dividend | L | T | Buy (add'l) | 06/19/13 | J | | |
| 63. USAA Small Cap Stock Fund (S) | B | Distribution | K | T | Sold (part) | 06/19/13 | J | A | |
| 64. USAA Emerging Maarkets Fund (S) | A | Dividend | K | T | Buy (add'l) | 06/19/13 | J | | |
| 65. USAA Precious Metals Fund (S) | A | Distribution | J | T | Sold (part) | 06/19/13 | J | A | |
| 66. USAA High Income Fund (S) | B | Distribution | K | T | Sold (part) | 06/19/13 | J | A | |
| 67. USAA Income Fund (S) | B | Dividend | L | T | Buy (add'l) | 06/19/13 | J | | |
| 68. USAA Intrm-Term Bond Fund (S) | B | Dividend | J | T | Buy (add'l) | 06/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. USAA Real Return Funds (S) | A | Dividend | J | T | Buy (add'l) | 06/19/13 | J | | |
| 70. USAA Short-Term Bond Fund (S) | B | Distribution | K | T | Buy (add'l) | 06/19/13 | J | | |
| 71. USAA Managed Allocation Fund (S) | A | Dividend | K | T | Buy (add'l) | 06/19/13 | J | | |
| 72. USAA Subscriber's Account (S) | A | Distribution | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. CHARLES SCHWAB ACCOUNT: (S) | | | | | | | | | |
| 75. Vanguaard Short Term Tax Exempt (S) | A | Dividend | K | T | Buy | 06/28/13 | K | | |
| 76. Vanguard Short Term Fund (S) | A | Dividend | K | T | Buy | 09/09/13 | K | | |
| 77. Manning & Napier (S) | B | Dividend | J | T | Buy | 06/27/13 | J | | |
| 78. Pimco Fundamental (S) | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 79. Pimco All Asset (S) | A | Dividend | K | T | Buy | 06/27/13 | K | | |
| 80. Pimco Global Bond (S) | A | Dividend | K | T | Buy | 06/27/13 | K | | |
| 81. FPA New Income (S) | A | Dividend | K | T | Buy | 06/27/13 | K | | |
| 82. Copeland Risk Managed Fund (S) | A | Dividend | K | T | Buy | 06/27/13 | K | | |
| 83. T Rowe Price Summit Muni Fund (S) | A | Dividend | K | T | Buy | 06/27/13 | K | | |
| 84. Blackrock Strat Fund (S) | A | Dividend | K | T | Buy | 09/09/13 | K | | |
| 85. Schwab Gov Money Fund (S ) | A | Interest | J | T | Buy | 06/26/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The format of my 2013 Report has changed to make it easier to understand, to eliminate 2012 entries that no longer meet the required minimal reporting amounts, and to reflect the fact of my rmarriage by separate property assets marked with (S). In addition, the assets marked (LLC) belong to a Limited Liability Company in which I have an interest of only 2%; my prior reports significantly overstated the value of my personal assets because the earlier reports could have been interpreted to indicate that I owned 100% instead of 2% of these assets.

Line 1, Section VII of my 2012 Report reported the sale of Delta Petroleum stock on August 31, 2012. It should have been reported as a partial sale for a total of $41.95; the much larger part of the Delta Petroleum stock became worthless during 2012 as a result of the Delta Petroleum bankruptcy.

Mineral interests in Cook Co and in Jefferson Co, Texas shown on Line 59, Section VII, 2012 Report produced no income and had nomiinal, if any, value and thus are not required to be reported. The income and values shown on Line 59, Section VII, 2012 Report all related to the Love Co., OK mineral interest.

During 2013 there were multiple trades of Franklin Large Cap Equity (Line 31, Section VII) beginning with additional purchase on 02/07/13. There were additional purchases on 03/18/13 of Value K and on 12/18/13 of Value J. There were partial sales on 04/11/13 of Value J, and on 09/27/13 of Value J.

During 2013 there were multiple trades of Franklin Small Cap (Line 33, Section VII) beginning with additional purchase on 02/07/13. There were additional purchases on 03/18/13 of Value J and on 12/16/13 of Value J. There was a partial sale on 04/11/13 of Value J .

During 2013 there were multiple trades of Franklin Int'l Growth Fund (Line 30, Section VII) beginning with purchase on 02/07/13. There were additional purchases on 03/18/13 of Value K. There was a partial sale on 04/12/13 of Value J.

During 2013 there were multiple trades of Pioneer Oak Ridge Small Cap (Line 47, Section VII) beginning with additional purchase on 02/07/13. There were additional purchases on 03/18/13 of Value J. There were partial sales on 04/12/13 of Value J and on 09/27/13 of Value J.

During 2013 there were multiple trades of Vanguard Emerging Markets (Line 48, Section VII) beginning with additional purchase on 02/07/13. There were additional purchases on 03/15/13 Of Value J. There were partial sales on 04/11/13 of Value J and on 09/27/13 of Value J.

During 2013 there were multiple trades of Wisdom Tree Emerging Markets (Line 44, Section VII) beginning with purchase on 02/07/13. There were additional purchases on 03/15/13 of Value J. There were partial sales on 04/11/13 of Value J and on 09/27/13 of Value J.

During 2013 there were multiple trades of Templeton Inst'l Funds Foreign Equity (Line 35, Section VII) beginning with purchase 02/07/13. There were additional purchases on 03/15/13 of Value K and on 12/23/13 of Value J. There were partial sales on 04/11/13 of Value J and on 09/27/13 of Value J.

During 2013 there were multiple partial sales of Franklin US Government Securities (Line 32, Section VII) beginning on 04/11/13 and also on 09/27/13 for Value J and on 11/26/13 for Value K and on 12/03/13 for Value J.

During 2013 there were multiple trades of Templeton Income Global (Line 34, Section VII) beginning on 02/07/13 with additional purchase. There was an additional purchase on 12/16/13 of Value J and partial sales on 04.11/13 of Value K and on 09/27/13 of Value J and on 11/26/13 of Value K and on 12/03/13 of Value J.

The Adams Co., Colorado mineral properties reported on Line 18, Section VII are working interests; in addition there were royalty interests in Adams Co. that produced income in catagory A and that had a year end Value K under value code U.

The Weld Co., Colorado mineral properties reported on Line 20, Section VII are working interests; in addition there were royalty interests in Weld Co. that produced income in catagory G and that had a year end Value N under value code U.

The Elbert Co., Colorado mineral property reported on Line 24, Section VII, 2012 Report was a working interest in one well that last produced in 2011; the lease expired and this mineral interest no longer exists and had no value at the end of 2013.

The securities shown on Lines 29 through 53 of Section VII were held during 2013 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The securities shown on Lines 60 through 72 of Section VII were held during 2013 by USAA either in an I.R.A. account and/or in a managed account.

The securities shown on Lines 75 through 85 of Section VII were held during 2013 in a Charles Schwab Account. The Charles Schwab Account was established in June, 2013 with the deposit of funds into the Schwab Govt Money Fund (Line 85, Section VII) and money from that Fund was used to purchase the securities shown on Lines 75 through 84, Section VII.

Value code S was used for the following properties:

Line 6  Parcel #1, Harris Co., TX $556,348 JPFP, LLC 50%= $278,174
Line 7  Parcel #3, Harris Co., TX              $3,049,852 JPFP, LLC 50%= $1,524,926
Line 8  Parcel #1, Live Oak Co., TX          $1,498,771 JPFP, LLC 50%= $749, 385
Line 9  Parcel #1, Bernalillo Co., NM $162,900 JPFP, LLC 25%=    $40,725
Line 10 Parcel #2 Bernalillo Co., NM  $65,700 JPFP, LLC 50%=    $37,850
Line 25 Parcel #1, La Plata Co., Co $541,850 JPFP, LLC 25%=  $135,462

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2013 JPFP Family, LLC received a refund for overpayment of state taxes from Colorado within income code D.

The descriptions on Lines 5, 13, 15, 17, 28, 59 and 74 of Section VII are merely headers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. PARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544